# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**STEPHEN L. LINDSAY**                                                        **PLAINTIFF**

**v.**                                       **Case No. 4:17-cv-00685-KGB**

**DOMTAR AW, LLC,** *et al.*                                              **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 89).  The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown, the Court adopts the stipulation of dismissal with prejudice.  This action is dismissed with prejudice, and each party will bear its own costs and attorneys' fees.

So ordered this the 29th day of November, 2021.

_____
Kristine G. Baker
United States District Judge